# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENT ROMERO,** | ) NO. SA CV 16-01872-VBF (KS) |
| **Plaintiff,** | ) **ORDER** |
| v. | ) **Adopting the Report & Recommendation;** |
| **COUNTY OF SAN BERNARDINO,** San Bernardino Dep't of Child Support Servs., Jo Lou Craig, Nichole Diggs, Robert Burk, Angeelo Tevez, Donna Conway, And Does 1-50, | ) **Dismissing Action Without Prejudice for Lack of Prosecution;** ) **Warning Plaintiff that Dismissal Will Be Converted to "With Prejudice" If He Fails to File Persuasive Reinstatement Motion by Friday, May 16, 2017** |
| **Defendants.** | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint (CM/ECF Document ("Doc") 1), the Magistrate Judge's January 26, 2017 Order to Show Cause (Doc 9), the Report and Recommendation of the United States Magistrate Judge ("R&R") issued March 6, 2017 (Doc 11), and the applicable law. The time for filing Objections to the R&R has passed, and the Court has received neither objections nor a request for an extension of the objection deadline. Having completed its review, the Court finds no error of law, fact, or

logic in the R&R. Accordingly, the Court accepts the Magistrate Judge's findings and will implement her recommendations as set forth in the R&R.

ORDER

**The Complaint is DISMISSED without prejudice for lack of prosecution.**

**The Court will not issue a final judgment at this time.**

**Plaintiff MAY FILE a motion to reinstate this case on or before Friday, May 16, 2017.** If plaintiff fails to file any reinstatement motion, files an untimely reinstatement motion, or files a timely but unpersuasive reinstatement motion, then on Tuesday, May 30, 2017 this Court will convert this dismissal from without-prejudice to with-prejudice without further opportunity for objection or argument.

**Any motion to reinstate must comply with the Local Civil Rules of this District governing reinstatement of a case.** *See* C.D. Cal. Local Civil Rule ("LCivR") 41-3, Reinstatement - Sanctions ("If any action dismissed pursuant to L.R. 41-1 is reinstated, the Court may impose such sanctions as it deems just and reasonable."); LCivR 41-4, Refiling of Dismissed Action ("If any action dismissed pursuant to L.R. 41-1 is refiled as a new action, the party filing the later action shall comply with the requirements of L.R. 83-1.2.2."); LCivR 83-1.3, Notice of Related Cases.

**Any motion to reinstate must provide justification for plaintiff's failure to prosecute this action with reasonable diligence.** *See, e.g., Sabbath v. US*, 2015 WL 13048619, *3 (denying *pro se* party's motion to reinstate case and converting dismissal from without-prejudice to with-prejudice), *judgment entered*, 2015 WL 13047707 (C.D. Cal. Dec. 21, 2015).

Dated: Monday, April 17, 2017              *Valerie Baker Fairbank*
                                           _____

                                           Honorable Valerie Baker Fairbank
                                           Senior United States District Judge