JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VINCENT ROMERO,** | No. SA CV 16-01872-VBF-KS |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| COUNTY OF SAN BERNARDINO, San Bernardino Department of Child Support Services, Jo Lou Craig, Nichole Diggs, Robert Burk, Angelo Tevez, Donna Conway, and Does 1-50, | |
| Defendants. | |

Pursuant to this Court's contemporaneously issued Order Converting the Prior Dismissal of the Action From Without-Prejudice to With-Prejudice Due to Prolonged Lack of Prosecution and Failure to Comply With Court Order, Directing the Entry of Separate Final Judgment, and Terminating and Closing the Case, **final judgment is hereby entered in favor of all defendants and against plaintiff Vincent Romero.**

Dated: Wednesday, June 21, 2017

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE